**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Maiza Sisneros,<br><br>Defendant. | No. CR-16-01098-001-PHX-JAT (ESW)<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation ("R&R") (Doc. 45) from the Magistrate Judge who conducted the post judgment garnishment hearing at Defendant's request (Doc. 36). The R&R recommends that this Court deny Defendant's request to quash, modify or suspend the garnishment of 25% of her non-exempt wages. This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1).

Neither party has filed objections to the R&R. Accordingly, the Court hereby accepts the R&R. *See Thomas v. Arn*, 474 U.S. 140, 149 (1985) (finding that district courts are not required to conduct "any review at all . . . *of any issue* that is not the subject of an objection" (emphasis added)); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) ("statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)); *see also Schmidt v. Johnstone*, 263 F.Supp.2d 1219, 1226 (D. Ariz. 2003).

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 45) is accepted. Defendant's request to quash, modify or suspend the garnishment of 25% of her non-exempt wages is denied.

Dated this 4th day of April, 2019.

James A. Teilborg
Senior United States District Judge